IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CLIFFORD LoSASSO,

Appellant,

v.

ADVANCED AUTO PARTS and
SEDGWICK          CLAIMS
MANAGEMENT     SERVICES,
INC.,

Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1873

Opinion filed November 1, 2016.

An appeal from an order of the Judge of Compensation Claims.
Iliana Forte, Judge.

Dates of Accident: December 13, 2010; March 14, 2012; March 30, 2012.

Bill McCabe, Longwood, and Kevin R. Gallagher, Fort Lauderdale, for Appellant.

Christopher A. Thorne of Thorne & Associates, Orlando, for Appellees.

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.